460 A.2d 854

Cox et al., Appellants v. Ortiz.

Before BROSKY, McEWEN and WATKINS, JJ.

BROSKY, J., filed a memorandum concurring opinion.